# United States District Court
## Northern District of Illinois
### Western Division

Leon Brown                              **JUDGMENT IN A CIVIL CASE**

        v.                                  Case Number: 11 C 8977

Gunite Corp.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to dismiss, converted to a motion for summary judgment, is granted.

                                             Thomas G. Bruton, Clerk of Court

Date: 9/11/2012                          _____
                                               /s/ Susan Bennehoff, Deputy Clerk